UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04E-0026-GCI

MATTHEW TORDA, ANNA
TORDA and JOSEPH TORDA,

　　　Plaintiffs,

v.

STEPHANIE SUZANNE KASANOF,
TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA, and TIAA-CREF INDIV-
IDUAL & INSTITUTIONAL SERVICES,
LLC,

　　　Defendants.

04　10622 GAO

MAGISTRATE JUDGE_____

RECEIPT # _____5494/
AMOUNT $ 150
SUMMONS ISSUED____ N/A
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. _T.O.M
DATE____3/31/04

NOTICE OF REMOVAL OF THE DEFENDANT SUZANNE KASANOF

The defendant Suzanne Kasanof (hereinafter "Kasanof") files this Notice of

Removal and hereby removes the above-captioned action pursuant to 28 U.S.C. §1441,

and in support of said notice and removal states the following:

　　　1. On March 15, 2004, the plaintiffs commenced this action by filing a complaint

in the Probate Court Division of the Trial Court of Massachusetts for Norfolk County,

entitled Torda, et alii., v. Kasanof, et alii., docket number 04E-0026-GCI, a copy of

which is attached hereto and marked Exhibit "A".

　　　2. The complaint was served upon counsel for the defendant Kasanof by

agreement on March 26, 2004, together with a summons, a copy of which is attached

hereto and marked Exhibit "B".

3. The complaint alleges that the plaintiffs are citizens of Massachusetts. The defendant Kasanof is a resident and citizen of New York, which is likewise set out in the complaint.

4. The remaining defendants are Delaware corporations each with a principal office in New York.

5. The complaint asserts rights in a retirement account and in the total proceeds of a term life insurance policy. The death benefit of the life insurance policy is seven hundred and fifty thousand ($750,000.00) dollars. The amount in controversy therefore exceeds seventy five thousand ($75,000.00) dollars, exclusive of interest and costs.

WHEREFORE, the defendant Suzanne Kasanof says that this Court has original jurisdiction pursuant to 28 U.S.C. §1332, and that the action is properly removable to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §1441.

By her attorneys,

Joel Z. Eigerman
BBO #152000
30 Congress Street, Suite 200
Boston, MA 02109
(617) 367-0014

Sandra Steele / p. a.
Sandra Steele, Esq.
BBO #477900
44 School Street, 6th Floor
Boston, MA 02108
(617) 523-0666

March 29, 2004