UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10622-GAO

|  |  |
|---|---|
| MATTHEW TORDA, ANNA TORDA, And JOSEPH TORDA, <br> Plaintiffs, <br><br> vs. <br><br> STEPHE SUZANNE KASANOF a/k/a STEPHANIE KAGARNOF a/k/a STEPHANIE TORDA a/k/a STEPHANIE S. KATZ, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, INC., and TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' ASSENT TO MOTION OF TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, INC. AND COLLEGE RETIREMENT EQUITIES FUND TO DEPOSIT FUNDS IN COURT**

The Plaintiffs Matthew Torda, Anna Torda and Joseph Torda ("Plaintiffs") hereby state that they assent to the Motion of Teachers Insurance and Annuity Association of America, Inc. and College Retirement Equities Fund to Deposit Funds in Court, ("Motion") allowing them to deposit into Court the interpleader funds at issue in this case as requested in the Motion. Regarding the request for the deduction of the legal fees, expenses and costs, however, if not resolved by agreement of the parties, the Plaintiffs reserve their rights to address both the appropriateness of such deductions as well as the determination as to amounts.

MATTHEW TORDA, ANNA TORDA,
and JOSEPH TORDA,
The Plaintiffs,
By their Attorney,

Dated: 4/27/04

_____
James S. Singer
BBO #464560
RUDOLPH FRIEDMANN, LLP
92 State Street
Boston, MA 02109
(617) 723-7700

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail/~~by hand~~ on this 27th day of April, 2004.

_____
James S. Singer