UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| MATTHEW TORDA, ANNA TORDA, And JOSEPH TORDA, Plaintiffs, vs. STEPHE SUZANNE KASANOF a/k/a STEPHANIE KAGARNOF a/k/a STEPHANIE TORDA a/k/a STEPHANIE S. KATZ, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, INC., and TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC, Defendants. | CIVIL ACTION NO.: 04-10622-GAO |

**PLAINTIFFFS' REPLY TO COUNTERCLAIM OF TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA AND COLLEGE RETIREMEMENT EQUITIES FUND**

The Plaintiffs/Defendants-in-Counterclaim Matthew Torda, Anna Torda, and Joseph Torda, (hereinafter "Plaintiffs"), reply to the Counterclaim of Teachers Insurance Annuity Association of America ("TIAA") and College Retirement Equities Fund ("CREF") (hereinafter ("Defendants") as follows:

1.  The Plaintiffs are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Counterclaim.

2.  The Plaintiffs admit the allegations contained in Paragraph 2 of the Counterclaim, except they are without knowledge or information sufficient to form a belief as to the legal

residency of KASANOF, and deny that KASANOF has any legitimate claim to some or all the proceeds of the TIAA life insurance and TIAA-CREF retirement annuity contracts issued to TIAA-CREF deceased participant, Walter Ira Torda.

3. The Plaintiffs admit the allegations contained in Paragraph 3 of the Counterclaim.

4. The Plaintiffs admit the allegations contained in Paragraph 4 of the Counterclaim.

5. The Plaintiffs are without knowledge sufficient to form a belief as to truth of the allegations contained in Paragraph 5 of the Counterclaim.

6. The Plaintiffs are without knowledge sufficient to form a belief as to truth of the allegations contained in Paragraph 6 of the Counterclaim.

7. The Plaintiffs admit the allegations contained in Paragraph 7 of the Counterclaim.

### AFFIRMATIVE DEFENSES

The Defendants have failed to state a claim upon relief can be granted regarding their requested relief including, but not necessarily limited to, requests for costs, expenses and attorney's fees and their dismissal with prejudice from this litigation.

Respectfully submitted,

MATTHEW TORDA,
ANNA TORDA AND JOSEPH TORDA,
By their attorneys,
RUDOLPH FRIEDMANN LLP

5/5/04
Date

James S. Singer
BBO # 464560
92 State Street
Boston, MA 02109
617-723-7700

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon (~~each party appearing pro se and~~) the attorney of record for each other party by mail (~~by hand~~) on this 5th day of May, 2004.

James S. Singer