UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN 14  P 4: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO.: 04-10622-GAO

MATTHEW TORDA,
ANNA TORDA and JOSEPH TORDA,
                        Plaintiffs,

v.

STEPHE SUZANNE KASANOF
a/k/a STEPHANIE KAGARNOF
a/k/a STEPHANIE KASANOT
a/k/a STEPHANIE TORDA a/k/a
STEPHANIE S. KATZ,
TEACHERS INSURANCE AND ANNUITY
ASSOCIATION OF AMERICA, INC., and
TIAA-CREF INDIVIDUAL &
INSTITUTIONAL SERVICES, LLC,
                        Defendants.

## NOTICE OF APPEARANCE

Please enter the appearance of Jon C. Cowen along with Dustin F. Hecker as counsel for the defendant, Teachers Insurance and Annuity Association of America, Inc., TIAA-CREF Individual & Institutional Services, LLC and College Retirement Equities Fund.

A **Notice of Withdrawal of Appearance** of Daniel P. O'Brien is being filed simultaneously with this Notice of Appearance.

ID # 396765v01/3060-22/ 06.09.2004

Respectfully submitted,

TEACHERS INSURANCE AND ANNUITY
ASSOCIATION OF AMERICA, INC., TIAA-CREF
INDIVIDUAL & INSTITUTIONAL SERVICES, LLC
and COLEGE RETIREMENT EQUITIES FUND

Dustin F. Hecker, BBO #549171
Jon C. Cowen, BBO #552961
POSTERNAK BLANKSTEIN & LUND LP
Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
617/973-61000

## CERTIFICATE OF SERVICE

I, Jon C. Cowen, do hereby certify that on this 11th day of June, 2004, I served a copy of the within document by first class mail, postage prepared upon:

***Plaintiffs' Attorney:***
James S. Singer
Rudolph Friedmann, LLP
92 State Street
Boston, MA 02109

***CoDefendant Stephanie Suzanne Kasanof:***
Joel Z. Eigerman, Esq.
50 Congress Street, Suite 200
Boston, MA 02109

Jon C. Cowen

ID # 396765v01/3060-22/ 06.09.2004