UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10622-GAO

MATTHEW TORDA,
ANNA TORDA and JOSEPH TORDA,
                Plaintiffs,

v.

STEPHE SUZANNE KASANOF
a/k/a STEPHANIE KAGARNOF
a/k/a STEPHANIE KASANOT
a/k/a STEPHANIE TORDA a/k/a
STEPHANIE S. KATZ,
TEACHERS INSURANCE AND ANNUITY
ASSOCIATION OF AMERICA, INC., and
TIAA-CREF INDIVIDUAL &
INSTITUTIONAL SERVICES, LLC,
                Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as attorney for the defendant Teachers Insurance and Annuity Association of America, Inc., TIAA-CREF Individual & Institutional Services, LLC and College Retirement Equities Fund. The law firm of Posternak Blankstein & Lund LLP, together with Dustin F. Hecker and Jon C. Cowen continue to represent the defendant.

Daniel P. O'Brien BBO# 652858
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199-8004
(617) 973-6100

ID # 396773v01/3060-22/ 06.09.2004

## CERTIFICATE OF SERVICE

I, Daniel P. O'Brien, do hereby certify that on this 11th day of June 2004, I served a coy of the within document by first-class mail, postage prepaid upon:

**_Plaintiffs' Attorney:_**
James S. Singer, Esq.
Rudolph Friedmann, LLP
92 State Street
Boston, MA 02109

**_CoDefendant Stephanie Suzanne Kasanof:_**
Joel Z. Eigerman, Esq.
50 Congress Street, Suite 200
Boston, MA 02109

_____
Daniel P. O'Brien