UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW TORDA, ANNA TORDA, And JOSEPH TORDA,<br>    Plaintiffs,<br><br>vs.<br><br>STEPHE SUZANNE KASANOF a/k/a STEPHANIE KAGARNOF a/k/a STEPHANIE TORDA a/k/a STEPHANIE S. KATZ, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, INC., and TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC,<br>    Defendants. | CIVIL ACTION NO.: 04-10622-GAO |

## CONSENT OF ALL PARTIES TO AMEND COMPLAINT

Pursuant to Fed.R.Civ.P.15(a), the Plaintiff, with the consent of the all other parties, hereby amends its Complaint as follows:

(1)    To correct the names of two (2) of Defendants, Teachers Insurance and Annuity Association of America, Inc., to Teachers Insurance and Annuity Association of America ("TIAA"), and Tiaa-Creff Individual & Institutional Services, LLC to College Retirement Equities Fund ("CREF");

(2)    To correct Paragraph 7 of the Complaint to reflect that the fact both TIAA and CREF issued the annuities at issue in this matter, and to change the description of CREF's legal entity from a limited liability company to a corporation; and

(3)　Since this matter has been removed to the United States District Court for the District of Massachusetts, make appropriate changes in the pleading heading, and in Paragraph 17, delete the reference to "Mass.R.Civ.P.22", and reflect the fact the TIAA and CREF have sought interpleader by counterclaim and cross-claim.

(4)　To correct minor typographical errors in Paragraph 11 and 17.

The Plaintiffs file along with this Consent their First Amended Complaint.

                                        Matthew Torda,
                                        Anna Torda and Joseph Torda,
                                        By their attorneys,
                                        RUDOLPH FRIEDMANN LLP

6/16/04
Date

                                        James S. Singer
                                        BBO # 464560
                                        92 State Street
                                        Boston, MA 02109
                                        617-723

Consented to:

Joel Z. Eigerman (jas)
Joel Z. Eigerman, Esq.                                  6/17/04
                                                        Date

John C. Cowen (jas)
John C. Cowen, Esq.                                      6/17/04
                                                        Date

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon ~~(each party appearing pro~~ se and) the attorney of record for each other party by mail ~~(by hand)~~ on this _16_ day of June, 2004.

_____
James S. Singer