UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## N O T I C E

Please take notice that the civil action cases on the attached list pending in Boston have been transferred to JUDGE NATHANIEL M. GORTON for all further proceedings.  From this date forward the number on all pleadings should be followed by the letters NMG to indicate assignment of the case to JUDGE GORTON.  In addition, please ensure that all future correspondence with the Clerk's Office has the proper number and letters on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling deadlines set by judges previously assigned to these cases will be adhered to by Judge Gorton.

Questions concerning cases assigned to Judge Gorton may be directed to Craig Nicewicz, Courtroom Deputy at (617) 748-9158.

Thank you for your cooperation in this matter.

TONY ANASTAS, Clerk


By:     /s/   Paul Lyness
**Deputy Clerk**


Date:   July 8, 2004

**Copies to:**     Counsel

07/08/04     U.S. DISTRICT COURT - MASSACHUSETTS - CM/ECF SYSTEM     Page 1

Boston Civil Cases to be Reassigned to Judge Gorton

| DOCKET | DATE FILED | CASE TITLE |
|---|---|---|
| | | |

Judge : O'Toole

| DOCKET | DATE FILED | CASE TITLE |
|---|---|---|
| 1:03cv11893 | 09/29/2003 | Basiliere v. American Red Cross Pioneer Valle |
| 1:03cv12135 | 10/31/2003 | DIRECTV, Inc. v. Rock |
| 1:03cv12380 | 11/25/2003 | Damaa et al v. Reardon et al |
| 1:04cv10893 | 05/05/2004 | Wolberg v. MTD Products Inc. |
| 1:03cv10930 | 05/16/2003 | Naplitano v. Glass America, LLC |
| 1:02cv12461 | 12/24/2002 | Kerr v. Keogh |
| 1:03cv10727 | 04/17/2003 | Davies v. Metropolitan Life |
| 1:03cv12057 | 10/23/2003 | Burnett v. Automotive Finance Corporation |
| 1:04cv10622 | 03/31/2004 | Torda et al v. Kasanof et al |
| 1:04cv11009 | 05/19/2004 | Mone v. Department of the Navy |
| 1:04cv11216 | 05/26/2004 | Sealed Plaintiff v. Sealed Defendant et al |
| 1:03cv10172 | 01/24/2003 | Carlysle Engineering v. Genesis Indemnity In |
| 1:03cv10317 | 02/19/2003 | Carroll v. Quincy, City of, et al |
| 1:04cv10447 | 03/05/2004 | Sweeney v. Dubiel et al |
| 1:03cv11223 | 06/27/2003 | Olmsted v. M/V Maybe Next Year et al |
| 1:04cv10845 | 04/28/2004 | Nelson v. Coffey (Nelson) |
| 1:04cv10051 | 01/09/2004 | Johnson v. M/V Horizon's Edge et al |

Total Cases for Judge
---------------------
17