**Posternak**
POSTERNAK BLANKSTEIN & LUND LLP

FILED
IN CLERKS OFFICE

2004 JUL 15 P 2: 14

U.S. DISTRICT COURT
DISTRICT OF MASS.

July 14, 2004

Jon C. Cowen
617-973-6238
617-722-4914 FAX
jcowen@pbl.com

Civil Clerk
U.S. District Court of Massachusetts
One Courthouse Way
Boston, MA 02210
   ATTN: The Honorable Nathaniel M. Gorton

**Re:**   **Matthew Torda, et al. v. TIAA, et al.**
        **United States District Court Civil Action No. 04-10622-NMG**

Dear Judge Gorton:

On July 8, 2004, the above-captioned matter was transferred to your Honor from the case docket of the Honorable George A. O'Toole.

I am writing in regard to the Motion of Teachers Insurance and Annuity Association Of America and College Retirement Equities Fund ("TIAA-CREF") To Deposit Funds In Court, which was filed with the Court on April 13, 2004. On April 28, 2004, Plaintiffs filed their Assent to the Motion. The only other remaining party, co-defendant Stephanie Suzanne Kasanof, has neither opposed nor assented to the motion.

To date, the Court has taken no action on the Motion, despite the fact that it is unopposed.

On behalf of TIAA-CREF, this is to respectfully request that the Court allow the Motion, or if deemed necessary, schedule the Motion for oral hearing.

Thank you for your attention to this matter.

Very truly yours,

Jon C. Cowen

cc:   James S. Singer, Esq.
      Joel Z. Eigerman, Esq.
      Dustin F. Hecker, Esq.

ID # 396969v01/3060-22