UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10622-NMG

MATTHEW TORDA, ANNA TORDA
and JOSEPH TORDA,
                 Plaintiffs,

v.

STEPHANIE SUZANNE KASANOF
a/k/a STEPHANIE KAGARNOF
a/k/a STEPHANIE KASANOT
a/k/a STEPHANIE TORDA a/k/a
STEPHANIE S. KATZ, TEACHERS
INSURANCE AND ANNUITY
ASSOCIATION OF AMERICA, and
COLLEGE RETIREMENT EQUITIES
FUND,,
                 Defendants.

## ASSENTED-TO MOTION FOR SHORT EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants Teachers Insurance and Annuity Association of America, and College Retirement Equities Fund (collectively, "TIAA-CREF"), with the assent of the plaintiffs and the assent of the co-defendant, Stephanie Suzanne Kasanof, hereby move for a short extension of time to answer the Plaintiff's First Amended Complaint, up to and including July 20, 2004. As grounds, TIAA-CREF states that on or about June 16, 2004, Plaintiffs filed a Consent of All Parties to Amend Complaint, together with a First Amended Complaint. TIAA-CREF requires a short amount of additional time, beyond the period set forth in Fed. R. Civ. P. 15(a), to prepare its answer to the First Amended Complaint. All parties assent to this Motion. Together with this Motion, TIAA-CREF is filing its Answer to Plaintiff's First Amended Complaint.

ID # 400195v01/3060-22/ 07.14.2004

Respectfully submitted,

**TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA and COLLEGE RETIREMENT EQUITIES FUND,**
By their attorneys,

_____
Dustin F. Hecker, BBO #549171
Jon C. Cowen, BBO #552961
POSTERNAK BLANKSTEIN & LUND LLP
The Prudential Tower
800 Boylston Street
Boston, MA 02199
617/973-6100

Assented to:

**MATTHEW TORDA, ANNA TORDA and JOSEPH TORDA**
By their Attorney

_____
James S. Singer, BBO #464560
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
617/723-7700

**STEPHANIE SUZANNE KASANOFF**
By her Attorney

_____
Joel Z. Eigerman, BBO #152000
50 Congress Street, Suite 200
Boston, MA 02019
617/367-0014

ID # 400195v01/3060-22/ 07.14.2004

## CERTIFICATE OF SERVICE

I, Jon C. Cowen, do hereby certify that on this 15TH day of July 2004, I served a copy of the within document via first-class mail, postage prepaid upon:

James S. Singer, Esquire
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109

Joel Z. Eigerman, Esquire
50 Congress Street, Suite 200
Boston, MA 02019

and

Sandra Steele, Esquire
44 School Street, 6th Floor
Boston, MA 02108

_____
Jon C. Cowen

ID # 400195v01/3060-22/ 07.14.2004