

**Posternak**
POSTERNAK BLANKSTEIN & LUND LLP

2004 SEP 22 P 12: 52

September 21, 2004

Jon C. Cowen
617-973-6238
617-722-4914 FAX
jcowen@pbl.com

Civil Clerk
U.S. District Court of Massachusetts
One Courthouse Way
Boston, MA 02210
    ATTN: The Honorable Nathaniel M. Gorton

**Re:    Matthew Torda, et al. v. TIAA, et al.**
       **United States District Court Civil Action No. 04-10622-NMG**

Dear Judge Gorton:

I am writing in regard to a motion filed in April 2004, on which no action has been taken.

Specifically, on April 13, 2004, defendant Teachers Insurance and Annuity Association Of America and College Retirement Equities Fund ("TIAA-CREF") filed its Motion To Deposit Funds In Court. On April 28, 2004, Plaintiffs Matthew Torda, Anna Torda and Joseph Torda filed their Assent to the Motion. Co-defendant Stephanie Suzanne Kasanof, has neither opposed nor assented to the Motion.

No action had been taken on the Motion as of July 8, 2004, when this matter was transferred to your Honor from the docket of the Honorable George A. O'Toole.

On July 14, 2004, I wrote to your Honor, inquiring about the status of the motion. I understand that my letter was received by the Court, but again no action was taken.

On behalf of TIAA-CREF, this is to respectfully request that the Court allow the Motion, or if deemed necessary, that the Court schedule the Motion for oral hearing on the earliest date available on the Court's calendar.

Thank you.

Very truly yours,

Jon C. Cowen

cc:     James S. Singer, Esq.
        Joel Z. Eigerman, Esq.
        Dustin F. Hecker, Esq.

ID # 406820v01/3060-22