UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04E-0026-GCI

MATTHEW TORDA, ANNA
TORDA and JOSEPH TORDA,

    Plaintiffs,

v.

STEPHANIE SUZANNE KASANOF,
TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA, and COLLEGE
RETIREMENT EQUITIES FUND

    Defendants.

FILED
[OFFICE stamp]
2004 SEP 17 P 12: 26
U.S. DISTRICT COURT
DISTRICT OF MASS

04-10622-NMG

## MOTION OF DEFENDANT AND PLAINTIFF IN COUNTERCLAIM STEPHANIE SUZANNE KASANOF FOR PARTIAL SUMMARY JUDGMENT

Now comes the defendant and plaintiff-in-counterclaim, Stephanie Kasanof, and moves that the Court enter partial summary judgment in her favor declaring that she is entitled to the entire proceeds of the life insurance policy and her designated proportion of the annuity proceeds issued and held by the defendants TIAA and CREF, all for the reasons set forth in the accompanying memorandum.

By her attorneys,

_____
Joel Z. Eigerman
BBO #152000
50 Congress Street, Suite 200
Boston, MA 02109
(617) 367-0014

_____
Sandra Steele, Esq.
BBO #477900
44 School Street, 6th Floor
Boston, MA 02108
(617) 523-0666

September 16, 2004