UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSSACHUSETTS



)
MATTHEW TORDA, ANNA TORDA,       )
and JOSEPH TORDA,                )
                         Plaintiffs,   )
)
vs.                              )     Civil Action No. 04-10622-NMG
)
STEPHANIE SUZANNE KASANOF,       )
TEACHERS INSURANCE AND           )
ANNUITY ASSOCIATION OF           )
AMERICA and COLLEGE RETIREMENT )
EQUITIES FUND,                   )
                      Defendants.   )
)

## ASSENTED MOTION OF PLAINTIFF TO
## FILE MEMORANDUM IN EXCESS OF TWENTY PAGES

      The Plaintiffs Matthew Torda, Anna Torda and Joseph Torda ("Plaintiffs") hereby

move this Court , with assent of all parties for leave to file their memorandum in

opposition to <u>Motion of Defendant and Plaintiff in Counterclaim Stephanie Suzanne</u>

<u>Kasanof for Partial Summary Judgment</u> ("Motion") in excess to twenty (20) pages.

      In support of this motion, the Plaintiffs state their counsel found it necessary to

exceed the twenty (20) page limitation set forth in Local Rule 7.1 (B)(4) given the legal

issues revised in Defendants' Motion and its accompanying memorandum, and to set

forth the Plaintiffs' position.

**Civil Action No. 04-10622-NMG1**

Matthew Torda,
Anna Torda and Joseph Torda,
By their attorneys,
RUDOLPH FRIEDMANN LLP

_10/12/04_
Date

_____
James S. Singer
BBO # 464560
92 State Street
Boston, MA 02109
617-723-7700

ASSENTED TO:

_____
Joel Z. Eigerman, Esq.

_____
Jon C. Cowen

## **Local Rule 7.1 Certification**

I, hereby certify that I have conferred with the other counsel in this matter and have attempted in good faith to resolve or narrow the issue set forth in the foregoing motion.

_____
James S. Singer

## **Certificate of Service**

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (by hand) on this _12_ day of October, 2004.

_____
James S. Singer

2