EXHIBIT "1"

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW TORDA, ANNA TORDA,<br>And JOSEPH TORDA,<br>　　　　　　Plaintiffs,<br><br>vs.<br><br>STEPHE SUZANNE KASANOF a/k/a<br>STEPHANIE KAGARNOF a/k/a<br>STEPHANIE TORDA a/k/a STEPHANIE<br>S. KATZ, TEACHERS INSURANCE<br>AND ANNUITY ASSOCIATION OF<br>AMERICA, INC., and TIAA-CREF<br>INDIVIDUAL & INSTITUTIONAL<br>SERVICES, LLC,<br>　　　　　　Defendants. | CIVIL ACTION NO.: 04-10622-GAO |

## AFFIDAVIT OF JAMES S. SINGER

I, James S. Singer, hereby swear and depose:

1.　　I am a lawyer duly admitted to practice in the Commonwealth of Massachusetts.

2.　　I am the attorney of record for the Plaintiffs in the above-captioned matter.

3.　　I make this affidavit upon my personal knowledge.

4.　　To date, neither the Plaintiffs nor the Defendants have provided any disclosures
as are required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, nor have
they conducted any other discovery.

5.    To date, there has been no definitive determination through discovery or stipulation as to the nature, type or source of the life insurance policy, annuities and IRA at issue in this matter and as to whether they are governed by ERISA or not.

Signed under the pains and penalties of perjury this _____ day of October, 2004.

_____

James S. Singer

**EXHIBIT "2"**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MATTHEW TORDA, ANNA TORDA,<br>And JOSEPH TORDA,<br>               Plaintiffs,<br><br>vs.<br><br>STEPHE SUZANNE KASANOF a/k/a<br>STEPHANIE KAGARNOF a/k/a<br>STEPHANIE TORDA a/k/a STEPHANIE<br>S. KATZ, TEACHERS INSURANCE<br>AND ANNUITY ASSOCIATION OF<br>AMERICA, INC., and TIAA-CREF<br>INDIVIDUAL & INSTITUTIONAL<br>SERVICES, LLC,<br>               Defendants. | CIVIL ACTION NO.: 04-10622-GAO |

## AFFIDAVIT OF JUDITH A. JARASHOW

I, Judith A. Jarashow, hereby swear and depose:

1. I am a lawyer duly admitted to the Commonwealth of Massachusetts.

2. I am the current Special Administrator for the Estate of Walter Torda (Norfolk Probate Docket #04-P0020AT). I was appointed as the Special Administrator on January 7, 2004. My appointment is effective until November 3, 2004, at which time a hearing has been scheduled on the Petition for Administration.

3. During the course of my duties as Special Administrator I reviewed the records of Walter Torda. I discovered a new DESIGNATION OF BENEFICIARY form for the TIAA-

CREF Annuities and a new DESIGNATION OF BENEFICIARY form for his TIAA

Life Insurance Policy #0-765467-6 (see attached). These forms had been sent to Walter

Torda by TIAA-CREF on November 7, 2003.


Signed under the pains and penalties of perjury this 8th day of October, 2004.


Judith A. Jarashow

**B**

**TEACHERS INSURANCE AND ANNUITY ASSOCIATION (TIAA)**
730 Third Avenue, New York, NY 10017-3206

## DESIGNATION OF BENEFICIARY

| Name | TIAA Life Insurance No.(s) |
|---|---|
| Walter Ira Torda | 0-765467-6 |

**I request that all prior designations of beneficiary and methods of payment be revoked and that any benefits due by reason of my death be payable to the beneficiaries named below.**

**PRIMARY BENEFICIARY(IES) (CLASS I):**

| Name | Relationship to me | Date of Birth | Social Security No. |
|---|---|---|---|
| | | | |

**CONTINGENT BENEFICIARY(IES) (CLASS II):**

| Name | Relationship to me | Date of Birth | Social Security No. |
|---|---|---|---|
| | | | |

☐ **PAYMENT TO CHILDREN OF A DECEASED CHILD OF MINE.** If a child of mine is designated as a Beneficiary and that child predecease me, the share of the benefits that would have been payable to such deceased child if he or she had survived me is to be paid in equ lump sum payments to such of his or her children as shall survive me. *[This provision is applicable only if the preceding box (☐) marked with an (X) or a (✔).]*

**ORDER OF PAYMENT AND DIVISION OF BENEFITS.** Unless otherwise provided:
*(a)* payment at my death is to be made to a Beneficiary if he or she is then living and if there is no Beneficiary in a prior Class livin
*(b)* if a Class of Beneficiaries contains more than one person, the benefits due the Beneficiaries in such Class at my death are to t apportioned in equal shares to the then living Beneficiaries in the Class;
*(c)* unless otherwise provided, if all Beneficiaries predecease me, all interest in the benefits will vest in me or my estate.

**DEFINITION OF TERMS.** Unless otherwise provided, these terms have the meanings indicated:
**Children**—the children born of any and all marriages and any children legally adopted at any time.
**Estate**—my duly appointed Executors or Administrators.

**EFFECTIVENESS.** This Designation of Beneficiary is effective for each life insurance policy listed by number on it, if the Designation is form satisfactory to TIAA and if it is recorded by TIAA for that policy. When recorded, it will be effective from the date it was signed, b subject to any payment made or other action taken by TIAA before such recording. If a testamentary or inter vivos trustee is named abov the provisions on the reverse side will apply. The provisions of each policy except as herein modified apply.

**I request that any policy provision which requires that the policy be submitted for endorsement of this change b waived.**
**I RESERVE THE RIGHT TO MAKE FURTHER CHANGES OF BENEFICIARY.**

Date _____    Signature _____

| **FOR TIAA USE ONLY** | Recorded and copy(ies) returned to be attached to policy(ies). TEACHERS INSURANCE AND ANNUITY ASSOCIATION |
|---|---|
| | By: _____ , Registrar    Date: _____ |

**TI    MB**

- 3 -

F-5457 (10/94)

## ADDITIONAL PROVISIONS



It is understood that if a Testamentary Trustee or an Inter Vivos Trustee is designated as beneficiary:

(a) TIAA shall not be obliged to inquire into the terms of any will or of any trust affecting the life insurance policy or its death benefits and shall not be charged with knowledge of terms thereof.

(b) If benefits become payable to a Testamentary Trustee and (i) the Will is not presented for probate within 90 days following the date of my death; or (ii) the Will has been presented for probate within the aforesaid 90 days and no qualified trustee makes claim for the benefits within nine months after my death; or (iii) if evidence satisfactory to TIAA is furnished TIAA within such nine-month period that no trustee can qualify to receive the benefits, payment shall be made to the successor beneficiary(ies) as designated on the reverse side, if any such beneficiary(ies) are designated and survive me; otherwise to my estate.

(c) If benefits become payable to an Inter Vivos Trustee and (i) the trust agreement is not in effect; or (ii) no trustee can qualify to receive the benefits; or (iii) the qualified trustee is not willing to accept the benefits, payment shall be made to the successor beneficiary(ies) as designated on the reverse side, if any such beneficiary(ies) are designated and survive me; otherwise to my estate.

(d) Payment to and receipt by said trustee, said successor beneficiary(ies) or my estate, as provided for in (b) or (c) above, shall fully discharge TIAA from all liability to the extent of such payment. TIAA shall have no obligations as to the application of funds so paid and shall, in all dealings with the trustee or with my executors or administrators, including but not limited to any consent, release or waiver of interest, be fully protected against the claims or demands of any other person or persons.

### NAME(S) AND ADDRESS(ES) OF BENEFICIARY(IES)

*Print or Type the name and address of each beneficiary named on this* DESIGNATION OF BENEFICIARY.
If you have used the Class designation "My Children," include the names and addresses of all current children.
**Example:** Martha B. Doe, 123 Main St., Collegetown, NY, 12345

*If additional space is needed, you may attach another page.*

**TI    MB**
F5457 (10/94)



**Teachers Insurance and
Annuity Association**

730 Third Avenue
New York, NY 10017-3206

## Designating Your Beneficiary
## For TIAA Individual Life Insurance

A beneficiary may be an individual, an institution, a trustee, or an estate. You can guard against complications by keeping your beneficiary designation as simple as possible.

The Primary Beneficiary (Class I) receives the benefits to be paid when you die. If no Primary Beneficiary (Class I) is living, the benefits go to the Contingent Beneficiary (Class II). Where a Class includes more than one person, the benefits are divided equally among the living beneficiaries of the Class unless you specify otherwise. If none of the beneficiaries is living, the benefits go to your estate. This order of payment and division of benefits is provided for in the Designation of Beneficiary form attached to this leaflet.

A married person with children usually names his or her spouse as Primary Beneficiary and the children as Contingent Beneficiary(ies). You can name your children as individuals or use the class designation ''My Children.'' The definition of ''My Children'' is the children born of any and all marriages and any children legally adopted at any time. This class designation and other typical designations are illustrated on page 2 of this leaflet. If you want something other than what is shown, please let us know what you want, and we will prepare and send you the form that will most closely fit your needs.

Instructions for completing the Designation of Beneficiary form are given on the next page of this leaflet. If you have any questions about completing the Designation of Beneficiary form or if we can be of help to you in any way, please let us know.

**HOW TO COMPLETE THE DESIGNATION OF BENEFICIARY FORM**

PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION ON THE NEXT PAGE

- Enter your full name and the number of each life insurance policy to be affected by this Designation of Beneficiary.

- Before listing the names of your beneficiaries, please refer to the illustrative beneficiary designations below. Then, enter the name, relationship to you, date of birth, and Social Security number (if available) for each primary and contingent beneficiary named. Use the given name of each beneficiary designated (e.g. ''Martha B. Doe'' not ''Mrs. John Doe'').

- In the space provided on page 4, print or type the name and address of each beneficiary named.

- If you are using the class designation ''My Children'' enter ''My Children'' in the space provided. Then, on page 4, list the names and addresses of all present children.

- Check the box for Payment to Children of a Deceased Child of Mine *ONLY* if you have named a child or children as beneficiary(ies) and you want to include your grandchildren.

  *Providing TIAA with the Social Security number and address of each beneficiary named will help us contact your beneficiary(ies) faster should a preretirement death benefit become payable. But, since the Social Security number and address are not essential to the Designation of Beneficiary, please do not delay mailing the Designation of Beneficiary if this information is not readily available.*

- Date, sign, and detach page 3 on the perforated line and mail to: TIAA, 730 Third Avenue, New York, NY 10017-3206.

---

### Illustrative Beneficiary Designations

1. **Usual family situation**: spouse Primary Beneficiary and children Contingent Beneficiaries (names of guardians should not be stated):

| | Name of Beneficiary(ies) | Relationship to Me | Date of Birth | Social Security No. |
|---|---|---|---|---|
| **PRIMARY BENEFICIARY(IES) CLASS I** | Martha B. Doe | Wife | January 1, 1934 | 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 |
| **CONTINGENT BENEFICIARY(IES) CLASS II** | My Children | | | |

*The term ''My Children'' provides equal treatment among your children—present and future—born of any and all marriages, and any children legally adopted at any time.*

2. **More than one beneficiary in a Class**; each to share equally in benefits:

| | | | | |
|---|---|---|---|---|
| **PRIMARY BENEFICIARY(IES) CLASS I** | Ann B. Johnson | Sister | March 6, 1925 | 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 |
| | Harry C. Jones | Brother | May 24, 1930 | 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 |
| | Helen H. Green | Sister | July 14, 1934 | 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 |

3. **Estate as beneficiary:**    My estate

4. **Trustee named in inter vivos (living) trust agreement:** First Bank and Trust Company, Ohio, or its successors, as trustee under trust agreement dated October 10, 1985

5. **Trustee named in your Will (testamentary trustee):** The trustee(s) qualified under my Last Will and Testament and/or any codicil thereto

6. **Institution as beneficiary** (full legal name and address should be stated; also state whether the institution is a corporation)

    The ABC Company, a New York Corporation, Silver Springs, New York 10028



730 Third Avenue
New York, NY 10017-3206

## Statement of Your Beneficiary Designation

PST19874463

November 7, 2003

III....I.I.I.I.II.I.II.I.II.I.II.I.II.I.IIII....I.II.I.II
WALTER IRA TORDA
302 WALNUT ST
BROOKLINE MA 02445-7522

Name of Insured/Annuitant: WALTER IRA TORDA

Your current beneficiary designation and the TIAA-CREF Insurance Policies and/or Personal
Annuities to which it applies are listed below. Once you have reviewed this information, if you have
any questions or would like to make changes, please call our Service Center at 877 518-9161,
Monday to Friday from 8 am to 10 pm ET, and Saturday from 9 am to 6 pm ET.

### Life Insurance and/or Personal Annuity

07654676

### Primary Beneficiary Information

| Name | Date of Birth | Relationship | Social Security Number | Share |
|------|---------------|--------------|------------------------|-------|
| Stephanie Kagarnof | 04/16/1949 | Friend | Not Provided | 100.00% |

### Contingent Beneficiary Information

| Name | Date of Birth | Relationship | Social Security Number | Share |
|------|---------------|--------------|------------------------|-------|
| Joseph Torda | 11/06/1985 | Son | Not Provided | 100.00% |

*(please continue)*

TIAA-CREF Individual and Institutional Services, Inc. and Teachers Personal Investors Services, Inc. distribute securities products.
TIAA (Teachers Insurance and Annuity Association), New York, NY and TIAA-CREF Life Insurance Co., New York, NY issue
insurance and annuities. TIAA-CREF Trust Company, FSB provides trust services. Investment products are not FDIC insured, may
lose value and are not bank guaranteed. 529 Plans are offered through TIAA-CREF Tuition Financing Inc., (TFI), and Teachers
Insurance and Annuity Association, New York, NY.

©2003 Teachers Insurance and Annuity Association-College Retirement Equities Fund, New York, NY.
A30264                                                                                           BENEIN (7/08/03)

## For Your Information

- The beneficiary(ies) you designate must be a person(s) or legal entity capable of electing to receive the benefits payable. If benefits become payable and TIAA-CREF cannot administer the designation, the designation will be void even if the change was confirmed by TIAA-CREF.

- The name and address on the cover of this statement refer to the owner of the annuities and/or insurance policies listed.

- We suggest that you periodically review all of your beneficiary designations.

- If you have an irrevocable beneficiary named in your designation, you must obtain a consent or release from that beneficiary before a change can be made. If you have not obtained a consent or release from the irrevocable beneficiary, any beneficiary change will be void, even if such a change is confirmed by TIAA-CREF.

- To help us locate your beneficiaries if they become eligible to receive benefits, please provide us with the information that is listed as "Not Provided" on this confirmation statement. You may provide this information online by visiting our Web Center and logging in to "Secure Access."

- If you would like information on your beneficiaries' income options or would like to discuss TIAA-CREF's various savings and investment products, call our Telephone Counseling Center at 800 842-2776. Consultants are available Monday to Friday from 8 am to 10 pm and Saturday from 9 am to 6 pm, ET. Hearing- and speech-impaired participants using text telephones can call 800 842-2755, Monday to Friday from 8 am to 10 pm, ET.

- A beneficiary change may indicate a significant change in your life. Whether you want to save for college or prepare for a comfortable and rewarding retirement, TIAA-CREF can help. Visit our Web Center at www.tiaa-cref.org for information on our products and services.



730 Third Avenue
New York NY 10017-3206

# DESIGNATION OF BENEFICIARY
## For:

| | |
|---|---|
| **Group Supplemental Retirement Annuities** | **Rollover Individual Retirement Annuities** |
| **Supplemental Retirement Annuities** | **Classic Individual Retirement Annuities** |
| **Group Retirement Annuities** | **Roth Individual Retirement Annuities** |
| **Retirement Annuities** | **Transfer Payout Annuities** |
| **Savings & Investment Plan** *(for Survivors Only)* | **Keogh Contracts** |

Your beneficiary(ies) will receive the value of the accumulation under your annuity(ies) as a death benefit if you die before you begin to receive retirement income. A beneficiary can be an individual, an institution, a trustee, or your estate. You should always name a beneficiary. You can guard against complications and help ensure faster payment of benefits by keeping your designation as simple as possible.

The primary beneficiary (class I) receives the benefits to be paid when you die. If no primary beneficiary (class I) is living, the benefits go to the contingent beneficiary (class II). If a class includes more than one person, the benefits are divided equally among the living beneficiaries of the class unless you specify otherwise. If none of the beneficiaries is living, the benefits go to your estate. This order of payment and division of benefits is provided for in the Additional Provisions section. Instructions for completing the *Designation of Beneficiary* are given in the margins.

If all or part of your accumulation is attributable to contributions made under a retirement plan or tax-deferred annuity plan covered by the Employee Retirement Income Security Act (ERISA) of 1974, and if you are married at your death, then your designation of beneficiary may be subject to your spouse s rights to receive a preretirement survivor death benefit, as explained below. Although you may currently be exempt from ERISA requirements, please be aware that if you move to another institution through which premiums are remitted or you change your marital status, your future benefits may be subject to ERISA.

## Your Spouse's Right to Annuity Death Benefits
Federal pension law (ERISA) provides that:

If you are married at the time of your death, and you name a person other than your spouse as primary beneficiary for more than 50% of the death benefits under a retirement or tax-deferred annuity plan covered by ERISA; **and** your spouse has not consented to this primary beneficiary designation and to the waiver of his or her ERISA rights, then 50% of those preretirement annuity death benefits will be payable to your spouse **regardless of your beneficiary designation in effect at the time of your death.** The remainder will be payable to any other named beneficiaries.

TIAA-CREF annuity benefits are considered annuity benefits under retirement or tax-deferred annuity plans covered by ERISA. Therefore, they may be subject to this rule.

## Exemptions From Spousal Rights to Survivor Benefits
You are not subject to the spousal benefits rules described above and may designate whomever you wish as beneficiary, if:

you are not married; **or,**

you are covered by a retirement or tax-deferred annuity plan provided by a publicly supported institution (state colleges or universities are generally not included, though some state and other governmental plans have similar provisions) or certain churches; **or,**

your accumulations are attributable to contributions made under a retirement plan or tax-deferred annuity plan prior to the August 23, 1984 effective date of the Retirement Equity Act, which amended ERISA to provide these spousal rights.

## How to Waive a Preretirement Survivor Death Benefit
If you are married and want more than 50% of your benefits to go to someone other than your spouse, you must be able to claim an exemption as explained above or have your spouse authorize the designation by completing the Spousal Waiver form. This form must be signed by your spouse, and either notarized or verified by your plan representative. Under federal law, if you are under 35, you cannot complete a Spousal Waiver unless your plan provides otherwise. Even if your plan does allow you to complete a Spousal Waiver, you must complete *another* Spousal Waiver once you reach age 35. We will notify you at that time.

F1387 07-02

1



730 Third Avenue
New York NY 10017-3206

## Additional Provisions

**Note: For institution-owned contracts and certificates, You and Your refer to the employee.**

1. **EFFECTIVENESS.** This *Designation of Beneficiary* is effective for each annuity contract and certificate listed by number or by definition of all contracts as stated in the Annuity Numbers section. If the beneficiary designations are satisfactory by TIAA-CREF s standards and the designations are accepted by TIAA-CREF, the designations will be effective from the date the form was signed by the participant, but subject to any payment made or other action taken by TIAA-CREF before such acceptance.

2. **ORDER OF PAYMENT AND DIVISION OF BENEFITS:**

(a) Unless otherwise provided: Payment at your death is to be made to a beneficiary if he or she is then living and if there is no beneficiary in a prior class living. If a class of beneficiaries contains more than one person, the benefits due the beneficiaries in such class at your death are to be apportioned in equal proportions to the then-living beneficiaries in the class.

(b) If otherwise provided: Payment at your death is to be made to a beneficiary if he or she is then living and if there is no beneficiary in a prior class living. If a class of beneficiaries contains more than one person, the benefits due the beneficiaries in such class at your death are to be apportioned in accordance with the proportions stated. If a beneficiary predeceases you, the proportion of the benefits that would have otherwise been apportioned to such deceased beneficiary shall instead be apportioned to the other beneficiaries who survive you. Unless otherwise provided, the portion of such deceased beneficiary s proportion of the benefits that shall be payable to each such surviving beneficiary shall be determined by dividing the deceased beneficiary s fraction of the total benefits by the sum of the fractions of the total benefits that all beneficiaries in the class who survive you are designated to receive.

(c) **Payment to children of a deceased child/Payment to children of a deceased beneficiary**
By choosing one of these provisions, you may elect for TIAA-CREF to pay benefits to the children of a deceased child of yours (your grandchildren) or the children of any deceased beneficiary. You may add *one* of these provisions to your primary beneficiary designations, your contingent beneficiary designations, or both. If you do not select one of these provisions, the deceased beneficiary s benefits are reallocated among the surviving beneficiaries of a class, i.e., the surviving primary or contingent beneficiaries. The following examples illustrate how these provisions work.

**Provision: Payment to the children of a deceased child of mine provision applied to your contingent beneficiaries.**

Example: You name your spouse as primary beneficiary, and name your son and daughter as equal contingent beneficiaries. Your son and daughter each have two children. Your spouse and son both predecease you. Since your primary beneficiary is not alive, the benefits would be payable to your contingent beneficiaries. Upon your death, your daughter would receive 50% of the benefits and the 50% that would have been paid to your son would instead be split equally between his two children.

**Provision: Payment to the children of a deceased beneficiary provision applied to your primary beneficiary.**

Example: A friend, your sole primary beneficiary, predeceases you. He has three children. You name your brother and sister as contingent beneficiaries. Upon your death, the benefits that would have been paid to your friend would instead be split among his three children. Benefits pass to your brother and sister as contingent beneficiaries, only if your friend and all his children predecease you.

**Provision: Payment to the children of a deceased child of mine provision applied to your primary beneficiaries.**

Example: You name your son, daughter and wife as primary beneficiaries. Your wife has two children from a former marriage. Your wife predeceases you. Upon your death, your wife s 1/3 share would be split equally between the surviving beneficiaries your two children. In addition, they each would be entitled to another 1/3 of the benefits. If either your son or daughter predeceases you, their children your grandchildren would be eligible for benefits.

If you had selected the Payment to the children of a deceased beneficiary provision, then your wife s 1/3 share would have been split between her surviving children.

(d) If all beneficiaries predecease you, all interest in the benefits will be payable to your estate, i.e., your duly appointed executor(s) or administrator(s).

(e) Payment at your death will be subject to your spouse s rights, if any, to receive a preretirement survivor death benefit.

3. **LUMP-SUM PAYMENT OF BENEFITS**   TIAA and CREF reserve the right to pay in a lump sum the benefits (a) if at the time of payment, a beneficiary is a corporation, association, partnership, executor, or administrator; (b) unless otherwise provided, if any periodic payment to be made to any beneficiary is less than the equivalent of $25 per month, or $10 per month if such amount is specified in the contract; or (c) if any beneficiary s share to be applied under a method of settlement is less than $5,000, or $1,000 if such amount is specified in the annuity contract.

4. **IF A TESTAMENTARY OR AN INTER VIVOS TRUST IS DESIGNATED AS BENEFICIARY:**

(a) TIAA-CREF shall not be obliged to inquire into the terms of any will or of any trust affecting the annuity contract or its death benefits and shall not be charged with knowledge of terms thereof.

(b) If benefits become payable to a testamentary trustee and (i) the will is not presented for probate within 90 days following the date of your death; or (ii) the will has been presented for probate within the aforesaid 90 days and no qualified trustee makes claim for the benefits within nine months after your death; or (iii) if evidence is furnished and is satisfactory to TIAA-CREF within such nine-month period that no trustee can qualify to receive the benefits, payment shall be made to the successor beneficiary(ies) if any such beneficiary(ies) is (are) designated and survive(s) you; otherwise to your estate.

(c) If benefits become payable to an inter vivos trustee and (i) the trust agreement is not in effect; or (ii) no trustee can qualify to receive the benefits; or (iii) the qualified trustee is not willing to accept the benefits, payments shall be made to the successor beneficiary(ies), if any such beneficiary(ies) is (are) designated and survive(s) you; otherwise to your estate.

(d) Payment to, and receipt by, said trustee, said successor beneficiary(ies) or said estate, as provided for in (b) or (c) above, shall fully discharge TIAA-CREF for all liability to the extent of such payment. TIAA-CREF shall have no obligations as to the application of funds so paid and shall, in all dealings with said trustee or with said executors or administrators, including but not limited to any consent, release or waiver of interest, be fully protected against the claims or demands of any other person(s).

Please mail this form to: TIAA-CREF, P.O. Box 1259, Charlotte, NC 28201. Some beneficiary designations can be entered online. Please visit our Web Center at www.tiaa-cref.org. If you have questions, call us at 800 842-2776, weekdays from 8:00 a.m. to 11:00 p.m. ET and weekends from 9:00 a.m. to 6:00 p.m. ET.

F1387 07-02                                3

**Sample Illustration of Beneficiary Designations**

- **PLEASE PRINT OR TYPE using blue or black ink.**
- Instructions in the left margin will help you complete this form.
- Please use the following examples as a reference when completing the beneficiary section.
- Do not name the same person as primary and contingent beneficiary.
- You can name your children individually or use the designation my children. We recommend that you use the my children designation only when you plan to have more children.
- Enter the name, date of birth, relationship to you, Social Security or Taxpayer Identification number and allocation of each primary and contingent beneficiary named. Use the given name of each beneficiary designated (e.g., Martha B. Doe not Mrs. John Doe ).

---

- Usual family situation - spouse as primary beneficiary; children as equal contingent beneficiaries (names of guardians should not be stated):

**3. YOUR PRIMARY BENEFICIARIES (CLASS I)**

| *Martha B. Doe* | | *01-01-1934* |
|---|---|---|
| Name | | Date of Birth (mm-dd-yyyy) |
| *Wife* | *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* | *100* % |
| Relationship | Social Security or Taxpayer ID Number | Allocation |

**4. YOUR CONTINGENT BENEFICIARIES (CLASS II)**

| *Avery Doe* | | *02-14-1965* |
|---|---|---|
| Name | | Date of Birth (mm-dd-yyyy) |
| *Son* | *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* | *50* % |
| Relationship | Social Security or Taxpayer ID Number | Allocation |
| *Doreen Doe* | | *03-01-1969* |
| Name | | Date of Birth (mm-dd-yyyy) |
| *Daughter* | *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* | *50* % |
| Relationship | Social Security or Taxpayer ID Number | Allocation |

- More than one beneficiary in a class, benefits shared unequally:

**3. YOUR PRIMARY BENEFICIARIES (CLASS I)**

| *Jane B. Smith-Brown* | | *05-10-1945* |
|---|---|---|
| Name | | Date of Birth (mm-dd-yyyy) |
| *Sister* | *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* | *80* % |
| Relationship | Social Security or Taxpayer ID Number | Allocation |
| *John P. Smith* | | *03-03-1950* |
| Name | | Date of Birth (mm-dd-yyyy) |
| *Brother* | *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* | *20* % |
| Relationship | Social Security or Taxpayer ID Number | Allocation |

**SAMPLE**

- Estate as beneficiary:

**3. YOUR PRIMARY BENEFICIARIES (CLASS I)**

| *My Estate* | | |
|---|---|---|
| Name | | Date of Birth (mm-dd-yyyy) |
| | | % |
| Relationship | Social Security or Taxpayer ID Number | Allocation |

- Trustee named in inter vivos (living) trust agreement:

> *First Bank Trust Columbus, Ohio, or its*
> *Successors as Trustee(s) under trust agreement dated*
> *April 1, 1998*

- Trustee named in your will (testamentary trust):

> *The trustee(s) qualified under my Last Will and*
> *Testament and/or any Codicil thereto*

- Institution as beneficiary (state the full legal name and address, and whether it is a corporation). The institution, or department within the institution, must have a Taxpayer ID.

> *The ABC Company (a New York corporation)*     **Taxpayer ID: 99-0000000**
> *1234 Main Street*
> *Silver Springs, New York   10018*

---

F1387 07-02    If you have questions, call us at **800 842-2776**, weekdays from 8:00 a.m. to 11:00 p.m. ET and weekends from 9:00 a.m. to 6:00 p.m. ET.

## DESIGNATION OF BENEFICIARY

**1. PERSONAL INFORMATION**    *This section only applies to you, not your beneficiary.*

First Name

MI    Last Name  (one character per box)

Social Security Number

Date of Birth (mm-dd-yyyy)

Daytime Telephone Number

Extension

Evening Telephone Number

**2. ANNUITY NUMBERS**
*Check only one box. Check the first box if you want the same beneficiary designation(s) for all your applicable TIAA-CREF contracts. Check the second box if you want the beneficiary designation applied to specific contracts. This section and form exclude payout annuities (except Transfer Payout Annuities) and life insurance products, e.g., the Teachers Personal Annuity. Please call us for these forms.*

**2A.** ☐ This designation applies to **ALL** the TIAA-CREF annuities I have that are referenced by contract type on the cover page of this form.  *(If you select this box, do not list any numbers below.)*

**OR**

**2B.** ☐ This designation applies **ONLY** to my TIAA-CREF annuity contract and/or certificate numbers indicated below.  *(Please use the space available to list the applicable TIAA and CREF numbers that correspond to the contract types listed on the cover page of this form.)*

TIAA Contract Numbers

CREF Certificate Numbers

**3. YOUR PRIMARY BENEFICIARIES (CLASS I)**
*Tell us who should receive any payments due after you die. Unless you specify otherwise, equal percentages will be allocated to your beneficiaries. Total allocations to the beneficiaries of this class must equal 100%.*

*Attach a signed and dated page to list additional beneficiaries. Specify if the beneficiaries are primary or contingent and provide their relationship to you, their Taxpayer ID or Social Security Number, and Date of Birth.*

*Use these lines to provide trust information or lengthy organization names. Include the Taxpayer ID Number and, if applicable, the trust date.*

Name                                                          Date of Birth (mm-dd-yyyy)
                                                                                          %
Relationship          Social Security or Taxpayer ID Number    Allocation %

Name                                                          Date of Birth (mm-dd-yyyy)
                                                                                          %
Relationship          Social Security or Taxpayer ID Number    Allocation %

Name                                                          Date of Birth (mm-dd-yyyy)
                                                                                          %
Relationship          Social Security or Taxpayer ID Number    Allocation %

Name                                                          Date of Birth (mm-dd-yyyy)
                                                                                          %
Relationship          Social Security or Taxpayer ID Number    Allocation %

If you have questions, call us at **800 842-2776**, weekdays from 8:00 a.m. to 11:00 p.m. ET and weekends from 9:00 a.m. to 6:00 p.m. ET.

**4. CONTINGENT BENEFICIARIES (CLASS II)**

*Tell us who should receive any payments due if your primary bene-ficiary(ies) predecease(s) you.*

*Unless you specify other-wise, equal percentages will be allocated to your beneficiaries. Total allo-cations to the beneficiar-ies of this class must equal 100%.*

*Attach a signed and dated page to list additional beneficiaries. Specify if the beneficiaries are primary or contingent and provide their relationship to you, their Taxpayer ID Number or Social Security Number, and Date of Birth.*

*Use these lines to pro-vide trust information or lengthy organization names. Include the Taxpayer ID Number and, if applicable, the trust date.*

| Name | Date of Birth (mm-dd-yyyy) | |
| --- | --- | --- |
| | | % |
| Relationship | Social Security or Taxpayer ID Number | Allocation % |

| Name | Date of Birth (mm-dd-yyyy) | |
| --- | --- | --- |
| | | % |
| Relationship | Social Security or Taxpayer ID Number | Allocation % |

| Name | Date of Birth (mm-dd-yyyy) | |
| --- | --- | --- |
| | | % |
| Relationship | Social Security or Taxpayer ID Number | Allocation % |

| Name | Date of Birth (mm-dd-yyyy) | |
| --- | --- | --- |
| | | % |
| Relationship | Social Security or Taxpayer ID Number | Allocation % |

---

**5. PAYMENT TO CHILDREN OF A DECEASED CHILD/ BENEFICIARY**

*If you want either of these to apply, **PLEASE COMPLETE EITHER SECTION A OR B.** However, do not com-plete section A unless you have named a child as a beneficiary. If you don t select a class of beneficiaries, we will apply this provision to your primary benefici-ary(ies).*

*See the Order of Payments section on page 2 for more infor-mation.*

The Payment to the children of a deceased beneficiary provision allows for a deceased benefi-ciary s share of the benefits to be paid to that beneficiary s children. (This provision applies to **anyone** you name as a beneficiary.) Or, you can limit the provision so that it applies only to your **children** by choosing the Payment to the children of a deceased **child** of mine. See the Additional Provisions section for more information.

A. ☐ Payment to children of a deceased **child** of mine
   **Apply this designation to my (you may check one or both boxes):**
   ☐ Primary beneficiary(ies)        ☐ Contingent beneficiary(ies)
      (Class I)                          (Class II)

B. ☐ Payment to children of a deceased **beneficiary** of mine
   **Apply this designation to my (you may check one box or both boxes):**
   ☐ Primary beneficiary(ies)        ☐ Contingent beneficiary(ies)
      (Class I)                          (Class II)

---

If you have questions, call us at **800 842-2776**, weekdays from 8:00 a.m. to 11:00 p.m. ET and weekends from 9:00 a.m. to 6:00 p.m. ET. Please mail this form to: TIAA-CREF, P.O. Box 1259, Charlotte, NC 28201. Some beneficiary designations can be entered online. Please visit our Web Center at www.tiaa-cref.org

TA    MB
F1387 07-02                    F2 of 4

6. **YOUR AGREE-MENT**

I, the undersigned, agree that:

- All prior beneficiary designations and methods of payment requested for the annuity contract(s)/certificate(s) indicated on this *Designation of Beneficiary* will be revoked, and any benefits due by reason of my death will be payable to the beneficiary(ies) named on this form.

- I understand that this *Designation of Beneficiary* is subject to all of the terms and conditions of the contract(s)/certificate(s) and the *Additional Provisions* section.

- I request that any contract provision that requires the contract(s)/certificate(s) to be submitted for endorsement of this change be waived.

- I reserve the right to make further changes to my beneficiary designations. However, if I previously named an irrevocable beneficiary for any benefits, I will need to obtain a consent or release from the beneficiary before a change can be made.

- I understand that if I elect to have this designation apply to all my referenced contract types, it will apply to those issued as of the date this form is accepted by TIAA-CREF.

- I understand that if any or all of my accumulation is attributable to contributions under a retirement or tax-deferred annuity plan subject to the Employee Retirement Income Security Act (ERISA) of 1974, as amended, and I have been credited with an hour of service or paid leave under the plan after August 22, 1984, then my right to exclude naming my spouse as a primary beneficiary for at least 50% of these death benefits is subject to my spouse s consent.

*Please sign and date.*

Your Signature                                              Today s Date (mm-dd-yyyy)

---

## COMPLETE SECTION 7A, 7B OR 7C - ONLY ONE IS APPLICABLE

**7A. EXEMPTION FROM SPOUSAL RIGHTS TO SURVIVOR BENEFITS**

*Check the box and skip the Spouse s Waiver section if you are exempt as described on the cover page.*

☐  I am exempt from federal spousal rights to survivor benefits requirements.

---

**7B. UNMARRIED DETERMINATION**

*Check the box if you are not married.*

☐  I am not married.

---

If you have questions, call us at **800 842-2776**, weekdays from 8:00 a.m. to 11:00 p.m. ET and weekends from 9:00 a.m. to 6:00 p.m. ET. Please mail this form to: TIAA-CREF, P.O. Box 1259, Charlotte, NC 28201. Some beneficiary designations can be entered online. Please visit our Web Center at www.tiaa-cref.org

TA   MB
F1387 07-02                                    F3 of 4

**7C. SPOUSE S WAIVER**

*If you named your spouse as a primary beneficiary for at least 50% of the survivor benefits for the contract(s) indicated on this form, or you completed Section 7A or 7B, skip this section. Otherwise, your spouse must read and sign this section. Your spouse s signature must be witnessed by either your employer s plan representative OR a notary public, and the date of your spouse s signature on this waiver must be the same as, or later than, the date of your signature in the Your Agreement section.*

Under federal law, if your spouse (the annuity owner) dies before you, you may have the right to receive a qualified preretirement survivor death benefit of at least 50% of the amount in the contract(s) indicated on this form that is (are) subject to the Employee Retirement Income Security Act of 1974 (ERISA). In order for your spouse to name someone other than you as primary beneficiary for more than 50% of the amount in the contract(s) covered by ERISA, you must provide your written consent to your spouse s waiver of your right to this qualified preretirement survivor death benefit.

If you consent to the waiver of your rights and your spouse (the annuity owner) should predecease you, you will **not** be entitled to a qualified preretirement survivor death benefit (prior to the time annuity income payments begin). Instead, benefits will be paid to the designated beneficiary(ies) listed on this form in accordance with the provisions of the annuity contract(s)/certificate(s) indicated on the *Designation of Beneficiary.*

I understand and agree that I am giving up my right to receive qualified preretirement survivor death benefits from the TIAA-CREF contract(s) indicated on this *Designation of Beneficiary,* which are covered under ERISA. I release TIAA and CREF from all liability for making payment based on this authorization.

*Your spouse signs here*

**AND**

Spouse s Signature     Today s Date (mm-dd-yyyy)

*your Employer s Plan Representative signs here*

Name of Institution

Signature of Employer s Plan Representative     Title     Today s Date (mm-dd-yyyy)

**OR**

**OR**

**Spouse s Signature Witnessed by Notary Public**

State of     )

        :ss

*After your spouse has signed, the notary public completes this section to notarize your spouse s signature.*

County of     )

On (date) _____ , before me personally

appeared _____ ,
to me known and known to me to be the individual who signed the above spousal consent and acknowledged to me that he/she signed the consent.

Notary Public*

*Notary public must include notarial number and the date appointment expires with signature (include notarial seal if outside New York State).

If you have questions, call us at **800 842-2776**, weekdays from 8:00 a.m. to 11:00 p.m. ET and weekends from 9:00 a.m. to 6:00 p.m. ET. Please mail this form to: TIAA-CREF, P.O. Box 1259, Charlotte, NC 28201. Some beneficiary designations can be entered online. Please visit our Web Center at www.tiaa-cref.org

TA    MB
F1387 07-02            F4 of 4



Teachers Insurance and Annuity Association
College Retirement Equities Fund

730 Third Avenue
New York, NY 10017-3206

## Confirmation of Your TIAA-CREF Beneficiary Designation

December 14, 2000

WALTER IRA TORDA
24 JORDAN RD
BROOKLINE MA 02446-2316

PST09005871

### TIAA-CREF Annuities

Effective December 13, 2000, your beneficiary designation has been changed for the following annuities:

| | | | |
|---|---|---|---|
| B7832575 | K6800656 | L0567747 | 26172346 |
| Q7832572 | J6800658 | M0567745 | 16172348 |
| 28886372 | | | |
| 18886374 | | | |

### Primary Beneficiary Information

| Name | Date of Birth | Relationship | Social Security Number | Share |
|---|---|---|---|---|
| Stephanie Torda | 04/16/1949 | Spouse | 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 | 55.00% |
| Matthew Torda | 11/10/1981 | Son | 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 | 15.00% |
| Anna Torda | 12/17/1984 | Daughter | 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 | 15.00% |
| Joseph Torda | 11/06/1985 | Son | 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 | 15.00% |

BENEDA99.DOC (05/2000)

*(Over, please)*

## Payment to Children of a Deceased Child/Beneficiary

- You elected the Payment to Children of a Deceased Child of Mine option for your primary beneficiary(ies).

## For Your Information

- We suggest that you periodically review your beneficiary designation for all of your annuities and/or insurance policies.

- If you are concerned about whether your beneficiaries will have sufficient income, TIAA-CREF offers various savings and investment products that may be suitable. If you have any questions, call us at 1 800 842-2776, weekdays from 8:00 a.m. to 11:00 p.m. and weekends from 9:00 a.m. to 6:00 p.m. **ET**. Hearing and speech impaired participants using text telephones can also call 1 800 842-2755 during the same hours.

- TIAA-CREF is on the Internet. Visit us at **www.tiaa-cref.org**.