UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10622-NMG

MATTHEW TORDA, ANNA
TORDA and JOSEPH TORDA,

    Plaintiffs,

v.

STEPHANIE SUZANNE KASANOF,
TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA, and COLLEGE
RETIREMENT EQUITIES FUND

    Defendants.

### ASSENTED-TO MOTION OF DEFENDANT AND PLAINTIFF IN COUNTERCLAIM STEPHANIE SUZANNE KASANOF FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Now comes the defendant and plaintiff-in-counterclaim, Stephanie Kasanof, and moves that the Court grant leave for her to file the accompanying response to the Plaintiffs' opposition to her motion for summary judgment.

By her attorneys,

Joel Z. Eigerman
BBO #152000
50 Congress Street, Suite 200
Boston, MA 02109
(617) 367-0014

*/s/ Sandra Steele/jzs*

Sandra Steele, Esq.
BBO #477900
44 School Street, 6th Floor
Boston, MA 02108
(617) 523-0666

Assented to:

*/s/ James S. Singer/jzs*

James S. Singer, Esq.
BBO #464560
92 State Street
Boston, MA 02109
(617) 723-7700

October 19, 2004