UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10622-NMG

MATTHEW TORDA, ANNA
TORDA and JOSEPH TORDA,

    Plaintiffs,

v.

STEPHANIE SUZANNE KASANOF,
TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA, and COLLEGE
RETIREMENT EQUITIES FUND

    Defendants.

### MOTION OF DEFENDANT AND PLAINTIFF IN COUNTERCLAIM STEPHANIE SUZANNE KASANOF FOR LEAVE TO SUPPLEMENT HER OPPOSITION TO PLAINTIFF'S MOTION FOR A STAY

Now comes the defendant and plaintiff-in-counterclaim, Stephanie Kasanof, and moves that the Court grant leave for her to file the accompanying supplement to her opposition to Plaintiff's motion for a stay.

By her attorneys,

Joel Z. Eigerman
BBO #152000
50 Congress Street, Suite 200
Boston, MA 02109
(617) 367-0014

*[signature: Sandra Steele/jze]*

------

Sandra Steele, Esq.
BBO #477900
44 School Street, 6th Floor
Boston, MA 02108
(617) 523-0666

October 19, 2004