UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-10622-NMG

MATTHEW TORDA, ANNA
TORDA and JOSEPH TORDA,

    Plaintiffs,

v.

STEPHANIE SUZANNE KASANOF,
TEACHERS INSURANCE AND
ANNUITY ASSOCIATION OF
AMERICA, and COLLEGE
RETIREMENT EQUITIES FUND

    Defendants.

## SUPPLEMENT TO OPPOSITION OF DEFENDANT AND PLAINTIFF IN COUNTERCLAIM STEPHANIE SUZANNE KASANOF TO PLAINTIFF'S MOTION FOR A STAY

In her opposition to the plaintiffs' motion for a stay, the defendant Kasanof pointed out that the plaintiffs suggested in their motion that the Administrator in the Probate Court action to which they ask this Court to defer might move to strike that portion of the defendant's pleading which would bring into question the issue which the plaintiffs maintain would be dispositive of the motion for summary judgment in the present case. Indeed, exactly that has happened.

On October 12, 2004, the Special Administrator, by the same counsel who represents the plaintiffs here, filed a motion in the alternative to strike the defendant Kasakof's claim that the separation agreement is null and void or to continue the trial in

1

that case from November 2, 2004, sine die, so that discovery on that issue may be accomplished. A true copy of that motion is attached hereto and marked "A". There is no practical likelihood, then, that the Probate action will resolve the issues raised on the present motion in this action any time soon, if ever. The motion for a stay should be denied.

Moreover, the Special Administrator and her counsel, who is also counsel for the plaintiffs here, cannot have been ignorant, when the motion for a stay was filed in this Court on October 12, 2004, that they would seek on the same day to prevent the Probate Court from deciding the issue which they claim will be dispositive of the motion here. The motion to stay is patently frivolous and dilatory, and the plaintiffs should be sanctioned for bringing it. The defendant Kasanof should be awarded her costs and attorneys' fees in opposing the motion.

By her attorneys,

Joel Z. Eigerman
BBO #152000
50 Congress Street, Suite 200
Boston, MA 02109
(617) 367-0014

Sandra Steele, Esq.
BBO #477900
44 School Street, 6th Floor
Boston, MA 02108
(617) 523-0666

October 19, 2004

2

CERTIFICATE OF SERVICE

I hereby certify that I have served the above opposition on all parties by mailing a copy thereof, postage prepaid, to all counsel of record, this 19 day of October, 2004.

_____
Joel Z. Eigerman