JAMES L. RUDOLPH
ROBERT H. SHAER
JONATHON D. FRIEDMANN
RICHARD A. SAVRANN
MICHAEL G. TRACY
ANTHONY L. LECCESE
JAMES S. SINGER
JOHN E. TOOMEY
ROBERT J. SHEA
WENDY M. FISCUS
JOHN H. ROGERS
LISA A. HACK
ERIC T. SHEDIAC
TARA M. HUGHES
MATTHEW N. FLYNN
LYDIA A. FILLINGHAM**
  Of Counsel
GARY E. LAMBERT†
HERBERT D. FRIEDMAN
JARED W. STANSFIELD
MELISSA PATANGIA†
PATRICK D. ARCHIBALD
†Registered Patent Attorney
** Admitted in D.C. Only

# RUDOLPH FRIEDMANN LLP

COUNSELLORS AT LAW

92 STATE STREET

BOSTON, MASSACHUSETTS 02109

(617) 723-7700

Telecopier: (617) 227-0313

OLIVER'S POND
216 HUMPHREY STREET
MARBLEHEAD, MA 01946
(781) 639-4600

To Contact Writer:
Voice Mail: Ext. 164
Email: jsinger@RFLawyers.com

October 27, 2004

Craig Nicewicz
Courtroom Deputy
United States District Court
1 Courthouse Way, Suite 2300
Boston, MA  02210

Re: **Matthew Torda, Anna Torda and Joseph Torda vs. Stephanie Suzanne Kasanoff, et al.**
**C.A. No.: 04-10622-NMG**

Dear Mr. Nicewicz:

On October 12, 2004, I filed on behalf of the Plaintiffs in the above-captioned matter, Plaintiff's Motion to Stay Proceedings Pending Adjudication As To The validity of Separation Agreement At Issue In This Action ("Motion to Stay").

The basis of the Motion to Stay was a trial was scheduled in the Norfolk Probate Court concerning whether or not the Separation Agreement ("Agreement"), which is the subject of the above-captioned matter, was "null and void". The pending action in this Court involves the interpretation of this Agreement.

Since the filing of the Motion to Stay, based upon a hearing held in the Norfolk Probate Court on October 21, 2004, the Norfolk Probate Court trial will not be proceeding. Therefore, at this time a claim that the Agreement is null and void is not the subject of any court proceeding. I thought it best to bring this to your attention as it appears the Motion to Stay is moot, at least at this time.

Please advise if you believe there is anything further I should do or file to avoid the Court having to make an unnecessary decision.

Thank your for your attention to this matter.

Sincerely,

James S. Singer

JSS/clv

cc: Joel Z. Eigerman, Esq.
    Jon C. Cowen, Esq.