UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW TORDA, ANNA TORDA, And JOSEPH TORDA,<br>Plaintiffs,<br><br>vs.<br><br>STEPHENIE SUZANNE KASANOF a/k/a STEPHANIE KASANOF a/k/a STEPHANIE TORDA a/k/a STEPHANIE S. KATZ, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA and COLLEGE RETIREMENT EQUITIES FUND<br>Defendants. | CIVIL ACTION NO.: 04-10622-NMG |

## ASSENTED TO MOTION OF PLAINTIFFS FOR LEAVE TO REPLY TO THE RESPONSE OF DEFENDANT AND PLAINTIFF IN COUNTERCLAIM STEPHANIE SUZANNE KASANOF TO PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

The Plaintiffs Matthew Torda, Anna Torda and Joseph Torda, with assent of all other parties, moves that the Court grant them leave to file the accompanying reply in response to Defendant Stephanie Suzanne Kasanof's response to Plaintiffs' opposition to the motion for summary judgment.

In support of this Motion, the Plaintiffs believe the accompanying reply would assist the Court in its determination regarding Defendant's request for summary judgment which it is scheduled for oral argument on January 18, 2005.

Civil Action No. 04-10622-NMG

Matthew Torda,
Anna Torda and Joseph Torda,
By their attorneys,
RUDOLPH FRIEDMANN LLP

_1/10/05_
Date

_____
James S. Singer
BBO # 464560
92 State Street
Boston, MA 02109
617-723-7700

ASSENTED TO:

_Joel Z. Eigerman (JSS)_
Joel Z. Eigerman, Esq.

_Jon C. Cowen (JSS)_
Jon C. Cowen, Esq.

## Certificate of Service

I hereby certify that a true copy of the above document was served upon Attorney Eigerman (by hand) and Attorney Cowen (by mail) on this 10th day of January, 2005.

_____
James S. Singer