UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSSACHUSETTS

| | |
|---|---|
| MATTHEW TORDA, ANNA TORDA, and JOSEPH TORDA, <br>                       Plaintiffs, <br><br> vs. <br><br> STEPHANIE SUZANNE KASANOF, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA and COLLEGE RETIREMENT EQUITIES FUND, <br>                       Defendants. | Civil Action No. 04-10622-NMG |

## JOINT ASSENTED TO MOTION TO TRANSFER FUNDS TO INTEREST BEARING ACCOUNT

The Plaintiffs, Matthew Torda, Anna Torda and Joseph Torda, and the Defendant, Stephanie Suzanne Kasanof, hereby jointly move this Honorable Court, with the assent of Defendants, Teachers Insurance and Annuity Association of America, Inc. and College Retirement Equities Funds' (collectively "TIAA-CREF"), to order the transfer of funds presently being held by the Court to an interest bearing account.

In support of this Motion, the parties state pursuant to an Order dated December 21, 2004, Judge Dein allowed TIAA-CREF to deposit the interpleader funds with the Court it was holding and which are the subject matter of this action. These funds totaled $902,424.01, and were deposited with the Court on or about December 30, 2004, into a non-interest bearing account. The moving parties to this Motion have assented to TIAA-CREF's request that it be paid $8,871.90 for its attorneys' fees and costs pursuant to the Assented-to Motion of Teachers Insurance and Annuity Association of America and College Retirement Equities Fund for Reimbursement of Attorneys' Fees and Costs; and

Civil Action No.: 04-10622-NMG

for Dismissal of All Claims Against Them with Prejudice, and that TIAA-CREF be dismissed from its action. The remaining parties, the Plaintiffs and Defendant Kasanof, with the assent of TIAA-CREF, request that the funds held by the Court, or balance of funds after the payment to TIAA-CREF of its attorneys fees, be transferred to an interest bearing account.

| | |
|---|---|
| _____ | _____ |
| James S. Singer | Joel Z. Eigerman (by JS) |
| BBO #46456 | BBO #152006 |
| Attorney for Matthew Torta, Anna Torta and Joseph Torta | Attorney for Stephanie Suzanne Kasanof |
| RUDOLPH FRIEDMANN LLP | 50 Congress Street, Suite 200 |
| 92 State Street | Boston, MA 02109 |
| Boston, MA 02110 | |
| (617) 723-7700 | |

Dated: ~~March~~ April 6, 2005

ASSENTED TO:

_____
John C. Cowen, Esq. (by JS)

## Certificate of Service

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail (~~by hand~~) on this 6 day of April, 2005.

_____
James S. Singer

Civil Action No.: 04-10622-NMG         2