UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Matthew Torda, et al.,
    Plaintiff

v.    Civil Action No. 04-10622-NMG

Stephanie Kasanof, et al.,
    Defendant

SETTLEMENT ORDER OF DISMISSAL

GORTON, D.J.

    The Court having been advised by counsel on 5/2/2005 that this action has settled, IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party upon good cause shown within thirty (30) days to reopen the action if settlement is not consummated.

By the Court,

/S/ Craig J. Nicewicz

5/2/05      _____
Date     Craig J. Nicewicz
    Courtroom Clerk