

**Posternak**
POSTERNAK BLANKSTEIN & LUND LLP

May 17, 2005

Jon C. Cowen
617-973-6238
617-722-4914 FAX
jcowen@pbl.com

Civil Clerk's Office
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    **ATTN: Craig Nicewicz**

Re:  *Matthew Torda, et al. v. Stephe Suzanne Kasanof, et als.*
      Civil Action No. 04-10622-NMG

Dear Mr. Nicewicz:

This is to confirm our telephone conversation of this morning in regard to the above captioned matter. As you may recall, I called you previously in regard to this matter on May 3, 2005.

As discussed, to date, the Court has taken no action on the "Assented-To Motion of Teachers Insurance And Annuity Association of America and College Retirement Equities Fund for Reimbursement of Attorney's Fees and Costs; and For Dismissal of All Claims Against Them With Prejudice," which was docketed on March 25, 2005, as document number 34.

As the caption of the Motion indicates, this is an assented-to motion.

I expressed to you my concern about the fact that, on May 2, 2005, the Court issued a 30-day Settlement Order of Dismissal. As discussed, I want to ensure that, before the case file is closed, the assented-to Motion (document #34) is allowed.

You indicated that you would bring this Motion to the attention of the Court today.

If you have any questions in regard to the above, please do not hesitate to contact me.

Civil Clerk's Office
May 17, 2005
Page 2


Thank you for your professional assistance and cooperation.

Very truly yours,

Jon C. Cowen

cc: Hon. Nathaniel M. Gorton
    James S. Singer, Esq.
    Joel Z. Eigerman, Esq.
    Gail Horowitz, Esq.
    Dustin F. Hecker, Esq.


ID # 431738v01/3060-22