UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-10622-NMG

| |
|---|
| MATTHEW TORDA, ANNA TORDA and JOSEPH TORDA, <br>                     Plaintiffs, <br><br> v. <br><br> STEPHANIE SUZANNE KASANOF a/k/a STEPHANIE KAGARNOF a/k/a STEPHANIE KASANOT a/k/a STEPHANIE TORDA a/k/a STEPHANIE S. KATZ, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA, and COLLEGE RETIREMENT EQUITIES FUND, <br>                     Defendants. |

### ORDER ON ASSENTED-TO MOTION OF TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA and COLLEGE RETIREMENT EQUITIES FUND FOR REIMBURSEMENT OF ATTORNEYS' FEES AND COSTS; AND DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Defendant and counterclaim/crossclaim plaintiffs Teachers Insurance and Annuity Association of America, Inc. and College Retirement Equities Fund (collectively, "TIAA-CREF"), has moved for the entry of an order, seeking reimbursement of their attorneys' fees and costs and for the dismissal of all claims asserted against them, with prejudice. All parties have assented to the Motion. After considering the written submissions of the parties, the Court hereby ORDERS as follows:

    1.    TIAA-CREF's Motion for Reimbursement of Attorneys' Fees and Costs; and for Dismissal of All Claims with Prejudice, is ALLOWED.

ID # 433299v01/3060-22/ 06.02.2005

2.  The clerk of the Court is ordered and directed to issue payment, in immediately available funds, to the order of "Posternak Blankstein & Lund LLP, as attorneys for Teachers Insurance and Annuity Association of America, Inc. and College Retirement Equities Fund," in the amount of $8,871.90. These funds are to be disbursed from the monies previously paid into court by TIAA-CREF.

3.  All claims and/or crossclaims asserted against TIAA-CREF in this matter are hereby dismissed, with prejudice.

**SO ORDERED**

_____
(                    , J.)

ID # 433299v01/3060-22/ 06.02.2005