UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW TORDA, ANNA TORDA, and JOSEPH TORDA, <br> Plaintiffs, <br><br> v. <br><br> STEPHANIE SUZANNE KASANOF, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA and COLLEGE RETIREMENT EQUITIES FUND, <br> Defendants. | Civil Action No. 04-10622-NMG |

### JOINT MOTION TO RELEASE REMAINING FUNDS HELD BY THE COURT

The Plaintiffs, Matthew Torda, Anna Torda and Joseph Torda, and the Defendant, Stephanie Suzanne Kasanof, the remaining parties in the above-captioned matter, hereby jointly move this Honorable Court to order the release of balance of funds presently being held by the Court as follows:

   a.   $501,660.93 made payable to "Joel Z. Eigerman, Esq., attorney for Stephanie Suzanne Kasanof;"

   b.   $391,891.18 made payable to "James S. Singer, Esq., attorney for Matthew [~~Walter~~], Anna and Joseph Torda;"

   c.   In the event that there is any sum remaining after the disbursements recited above, whether as the result of the accrual of interest or otherwise, such sums shall be added to the checks described in paragraphs a and b above, in the proportion of 55% to counsel for the Defendant Kasanof, and 45% to counsel for the Plaintiffs.

In support of this Motion, the parties state:

1.   Pursuant to an Order dated December 21, 2004, Judge Dein allowed the Defendant Teachers Insurance and Annuity Association of America, Inc. and College Retirement Equities Funds' (collectively "TIAA-CREF") to deposit with the court interpleader funds it was holding and which are the subject matter of this action. These funds totaled $902,424.01, and

Civil Action No. 04-10622-NMG.

*Motion allowed.* /s/ NM Gorton, USDJ
6/28/05

were deposited with the Court on or about December 30, 2004, into a non-interest bearing account.

2. On May 2, 2005, the Court allowed the Joint Assented Motion to Transfer Funds to Interest Bearing Account.

3. On May 25, 2005, the Court allowed the Assented-to Motion of Teachers Insurance and Annuity Association of America and College Retirement Equities Fund for Reimbursement of Attorneys' fees and costs; and for Dismissal of All Claims Against Them with Prejudice, authorizing TIAA-CREF to be paid $8,871.90 for its attorneys' fees and costs and be dismissed from its action was allowed.

4. The remaining parties, the Plaintiffs and Defendant Kasanof, have reached a settlement regarding the above-captioned matter, and request that the balance of funds held by the Court, after the payment of $8,871.90 to TIAA-CREF, be paid as set forth above. After receipt of said funds, the parties to this Motion will file a Stipulation of Dismissal resulting in the dismissal of this action as to all parties.

| Attorney for the Plaintiffs<br>Matthew Torda, Anna Torda<br>and Joseph Torda, | Attorney for the Defendant<br>Stephanie Suzanne Kasanof, |
|---|---|
| James S. Singer, Esq.<br>BBO#: 46456<br>RUDOLPH FRIEDMANN LLP<br>92 State Street<br>Boston, MA 02109<br>(617) 723-7700 | Joel Z. Eigerman, Esq.<br>BBO#: 152000<br>50 Congress Street Suite 200<br>Boston, MA 02109<br>(617) 367-0014 |

Dated: 6/27/05

Civil Action No. 04-10622-NMG.