UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MATTHEW TORDA, ANNA TORDA, )
and JOSEPH TORDA, )
          Plaintiffs, )
                                        )          Civil Action No. 04-10622-NMG
v.                                      )
                                        )
STEPHANIE SUZANNE KASANOF, )
TEACHERS INSURANCE AND )
ANNUITY ASSOCIATION OF AMERICA )
and COLLEGE RETIREMENT EQUITIES FUND, )
          Defendants. )
                                        )

## ORDER ON JOINT MOTION TO
## RELEASE REMAINING FUNDS HELD BY THE COURT

The Plaintiffs Matthew Torda, Anna Torda and Joseph Torda, and the Defendant
Stephanie Suzanne Kasanof, the remaining parties in the above-captioned matter, after having
reached a settlement, jointly moved this Honorable Court for an order to release of balance of
funds presently being held by the Court. After review of the Joint Motion to Release Remaining
Funds Held by the Court, the Court hereby ORDERS as follows:

        1.       The Joint Motion to Release Remaining Funds Held by the Court is
ALLOWED.

        2.       The balance of the funds presently held by the Court in this matter shall be
disbursed as soon as possible as follows:

        a.       $501,660.93 made payable to "Joel Z. Eigerman, Esq., attorney for
                 Stephanie Suzanne Kasanof;"

        b.       $391,891.18 made payable to "James S. Singer, Esq., attorney for ~~Walter~~ *Matthew*,
                 Anna and Joseph Torda;"

        c.       In the event that there is any sum remaining after the disbursements
                 recited above, whether as the result of the accrual of interest or otherwise,
                 such sums shall be added to the checks described in paragraphs a and b
                 above, in the proportion of 55% to counsel for the Defendant Kasanof, and
                 45% to counsel for the Plaintiffs.

Dated: __6/28/05__

SO ORDERED:

_____
Y/M/Gorton, USDJ
(_____, ~~JUDGE~~)

J:\Debrief\Secy\Nsantamaria\MSWORD\Torda. Walter\Order Joint Motion to Release Remaining Funds Torda Case.doc

Civil Action No. 04-10622-NMG.