UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW TORDA; ANNA TORDA; and JOSEPH TORDA, <br><br> Plaintiffs, <br><br> vs. <br><br> STEPHANIE SUZANNE KASANOF, TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA and COLLEGE RETIREMENT EQUITIES FUND, <br><br> Defendants. | Civil Action No. 04-10622-NMG |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii), all remaining parties who have appeared in the above-captioned action hereby stipulate to the dismissal of said action with prejudice and without costs.

Attorneys for Plaintiffs Matthew Torda,
Anna Torda and Joseph Torda,

_____
James S. Singer
BBO # 464560
RUDOLPH FRIEDMANN LLP
92 State Street
Boston, MA 02109
617-723-7700

Dated: 7/8/05

Attorney for Defendant
Stephanie Suzanne Kasanof

_____
Joel Z. Eigerman, Esq.
BBO # 152000
50 Congress Street
Suite 200
Boston, MA 02109
(617) 367-0014

Dated: July 5, 2005

Civil Action No. 04-10622-NMG

J:\SINGER\JSS SECRETARY CLIENT DIRECTORIES AND DOCUMENTS\DIRECTORIES AND DOCUMENTS\Torda, Walter\STIPULATION OF DISMISSAL.doc